| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |
| **Date:** | Monday, May 16, 2022 9:30:19 AM |

CASE: 3:22-cv-00599

DETAILS: Case transferred from California Southern has been opened in District of New Jersey [LIVE] as case 2:22-cv-02842, filed 05/16/2022.